PROB 12B
(7/93)

Report Date: June 5, 2007

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 6 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Richard John Griffis
a.k.a.: John Tarver

Case Number: 2:92CR00134-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 03/16/1993

Type of Supervision: Supervised Release

Original Offense: Kidnapping, 18 U.S.C. U.S.C. § 1201; Transporting a Minor for Sexual Activity, 18 U.S.C. 243

Date Supervision Commenced: 07/24/2007

Original Sentence: Prison - 210 Months;
TSR - 96 Months

Date Supervision Expires: 07/23/2015

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall reside in a residential reentry center (RCC) for a period of up to 180 days. This placement may include a pre-release component, day reporting and home confinement (with or without electronic monitoring but not to include GPS) at the direction fo the CCM and the USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

## CAUSE

The offender has no residence to live at upon his release from Federal prison. Residing at a residential reentry center through the Bureau of Prisons will allow him the opportunity to become gainfully employed and save money to live independently.

Respectfully submitted,

by   _____
Brenda J. Kuest
U.S. Probation Officer
Date: June 5, 2007

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[✓] Other

_____
Signature of Judicial Officer

June 5, 2007
Date

PROB 49
(3/89)



# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

     I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17    You shall reside in a residential re-entry center (RCC) for a period of up to 180 days. This placement may include a pre-release component, day reporting and home confinement (with or without electronic monitoring but not to include GPS) at the direction fo the CCM and the USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

Witness: _____

Signed: __Richard Griffis__
Richard John Griffis
Probationer or Supervised Releasee

5-7-07
Date